```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:02CR23
                               )
       v.                      )
                               )
LAFAYETTE J. TROTTER, JR.,     )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to set hearing on plaintiff's request for departure (Filing No. 106). Accordingly,

IT IS ORDERED that said motion is granted; hearing on plaintiff's Rule 35 motion (Filing No. 95) is scheduled for hearing on:

**Thursday, November 15, 2007, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

2) That Dana C. Bradbord, III, is reappointed to represent the defendant for purposes of the Rule 35(b) motion,

and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 23rd day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court