IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )       8:02CR23
                                )
        v.                      )
                                )
LAFAYETTE J. TROTTER, JR.,      )       ORDER
                                )
                Defendant.      )
_____)
```

This matter is before the Court on the motion of defendant, LaFayette J. Trotter, Jr., for reconsideration of his sentence pursuant to § 3553(a) (Filing No. 113).  The motion will be denied.

In 2002, the Court originally sentenced defendant to 360 months for his violation of 21 U.S.C. § 841(a)(1).  On November 20, 2007, pursuant to a Rule 35 motion, defendant's sentence was reduced to 240 months.  Defendant now seeks a further reduction of his sentence.

"A district court may modify a term of imprisonment only in limited circumstances."  United States v. Cannon, 719 F.3d 889, 891 (8th Cir. 2013); 18 U.S.C. § 3582(c).  Under 18 U.S.C. § 3582(c), a district court may modify a sentence upon the motion of the Director of the Bureau of Prisons.  18 U.S.C. § 3582(c)(1)(A).  The district court may also modify a sentence under its own motion according to Rule 35, which limits modification to correcting clerical errors within fourteen days

of sentencing or reducing sentencing when a defendant provides "material assistance" to the government.  18 U.S.C. § 3582(c)(1)(B); Fed. R. Crim. P. § 35.  Finally, a district court may modify a sentence upon the motion of the defendant if the sentencing range of imprisonment has been lowered.  18 U.S.C. § 3582(c)(2).

None of these conditions are applicable.  Accordingly,

IT IS ORDERED that defendant's motion for reconsideration of his sentence pursuant to § 3553(a) is denied.

DATED this 2nd day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court