IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR23 |
| | ) | |
| v. | ) | |
| | ) | |
| LAFAYETTE J. TROTTER, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the "docketing statement" filed by defendant, LaFayette J. Trotter, Jr. (Filing No. 118). The Court will construe the filing as a request for status report.

Defendant is advised that his motion for modification or reduction of sentence (Filing No. 116) is pending. The motion was referred to the United States Probation Office for preparation of a retroactive worksheet. The United States Attorney and the Federal Public Defender have been advised of the pending motion.

Once the retroactive worksheet is prepared, the Court will be advised by the United States Attorney and the Federal Public Defender whether defendant is entitled to a reduction of his sentence. Accordingly,

IT IS ORDERED that defendant's request for status report is granted; the status of his case is set forth above.

DATED this 30th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court